UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TERRENCE LEWIS,<br>　　　　　Petitioner,<br><br>　　　v.<br><br>LAUREL R. HARRY, *Superintendent*;<br>THE DISTRICT ATTORNEY OF THE<br>COUNTY OF PHILADELPHIA, and<br>THE ATTORNEY GENERAL OF THE<br>STATE OF PENNSYLVANIA,<br>　　　　　Respondents. | No. 17-cv-02448 |

# **O R D E R**

**AND NOW**, this 18th day of March, 2019, for the reasons set forth in the Opinion issued this date and upon consideration of the Report and Recommendation ("R&R") of United States Magistrate Judge Richard A. Lloret, ECF No. 13; and Plaintiff's Objections to the R&R, ECF No. 15, **IT IS ORDERED THAT:**

　　1.　　Petitioner's objection to the R&R, ECF No. 15, is **OVERRULED**.
　　2.　　The R&R, ECF No. 13, is **APPROVED** and **ADOPTED**.
　　3.　　The petition for writ of habeas corpus, ECF No. 1, is **DISMISSED** as time-barred.
　　4.　　This case is **CLOSED**.
　　5.　　There is no basis for the issuance of a certificate of appealability.

　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　*/s/ Joseph F. Leeson, Jr.*
　　　　　　　　　　　　　　　　　JOSEPH F. LEESON, JR.
　　　　　　　　　　　　　　　　　United States District Judge